# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ASA ACCUGRADE, INC.,
ALAN HAGER,
DIANE HAGER,

                **Plaintiffs,**

-vs-                                          **Case No.  6:05-cv-1285-Orl-19DAB**

AMERICAN NUMISMATIC
ASSOCIATION, HERITAGE CAPITAL
CORPORATION,
COLLECTORS UNIVERSE, INC.,
BARRY STUPPLER & CO., INC.,
NU GRADE, LLC,
PROFESSIONAL NUMISMATISTS
GUILD, INC.,

                **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

       This cause came on for consideration without oral argument on the Plaintiffs' Response to the Court's February 8, 2006 Order to Show Cause (Doc. No. 67) why Plaintiffs' claims against NuGrade, L.L.C., should not be dismissed without prejudice for Plaintiffs' failure to prosecute.  Plaintiffs' Response to the February 8, 2006 Order to Show Cause stated that Plaintiffs had been unable to serve NuGrade, L.L.C., because Callandrello's parents, the only individuals present at its official corporate address according to the Pennsylvania Department of State corporation records (392 Saw Creek Estates, Bushkill, Pennsylvania 18324) told the process server that Callandrello had moved and they did not have a forwarding address.  Doc. No. 68-1 at 2.

Plaintiffs first alleged claims against NuGrade, L.L.C., in their Second Amended Complaint filed in state court on June 15, 2005.  Doc. No. 5.  Under Federal Rule of Civil Procedure 4(m), Plaintiffs had 120 days after filing of the Second Amended Complaint, or until October 13, 2005, in which to serve NuGrade, L.L.C., or the Court may on its own initiative (following notice to Plaintiffs) dismiss the action without prejudice.  Fed. R. Civ. P. 4(m).  A court may allow a plaintiff more time to serve a defendant if good cause is shown for the failure.

Plaintiffs attempted service of process on NuGrade, L.L.C., on August 4, 2005.  Doc. No. 68-1.  Plaintiffs did not move for an enlargement of time to serve NuGrade, L.L.C. until February 10, 2006, after the Court issued an Order to Show Cause why Plaintiffs' claims against NuGrade, L.L.C. should not be dismissed.  Plaintiffs fail to explain any additional efforts to serve NuGrade, L.L.C., which they made in the ensuing six months between August 4, 2005 and February 10, 2006.  No good cause has been shown for the delay in service.  It is respectfully **RECOMMENDED** that Plaintiffs' claims against NuGrade, L.L.C., be dismissed without prejudice.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 27, 2006.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy