# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ASA ACCUGRADE, INC.,
ALAN HAGER,
DIANE HAGER,
        Plaintiffs,

-vs-                                      Case No. 6:05-cv-1285-Orl-19DAB

AMERICAN NUMISMATIC
ASSOCIATION, HERITAGE CAPITAL
CORPORATION,
COLLECTORS UNIVERSE, INC.,
BARRY STUPPLER & CO., INC.,
NU GRADE, LLC,
PROFESSIONAL NUMISMATISTS
GUILD, INC.,
        Defendants.

## ORDER

This case is before the Court on Plaintiffs' Response (Doc. 73) to the Court's Order to Show Cause (Doc. 67) as to why Plaintiffs' claims against NuGrade, L.L.C. should not be dismissed without prejudice for Plaintiffs' failure to prosecute. The United States Magistrate Judge has submitted a report recommending that Plaintiffs' claims against NuGrade, L.L.C. be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.   That the Report and Recommendation filed February 27, 2006 (Doc. 75) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.   Plaintiffs' claims against Defendant NuGrade, L.L.C. are **DISMISSED without prejudice.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __16__ day of March, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party