# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ASA ACCUGRADE, INC.,**
**ALAN HAGER,**
**DIANE HAGER,**

     **Plaintiffs,**

**-vs-**                **Case No. 6:05-cv-1285-Orl-19DAB**

**AMERICAN NUMISMATIC**
**ASSOCIATION, HERITAGE CAPITAL**
**CORPORATION,**
**COLLECTORS UNIVERSE, INC.,**
**BARRY STUPPLER & CO., INC.,**
**NU GRADE, LLC,**
**PROFESSIONAL NUMISMATISTS**
**GUILD, INC.,**

     **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION TO MODIFY DEADLINE FOR AMENDING PLEADINGS AND ADDING PARTIES (Doc. No. 66)** |
| **FILED:** | **January 17, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

| | |
|---|---|
| **MOTION:** | **MOTION TO ENLARGE NUMBER OF PERMITTED DEPOSITIONS (Doc. No. 78)** |
| **FILED:** | **March 30, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Both motions are denied without prejudice to reconsideration at a case management conference to be held following disposition of the Motions to Dismiss the Second Amended Complaint.

**DONE** and **ORDERED** in Orlando, Florida on April 19, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record