**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ASA ACCUGRADE, INC.,**
**ALAN HAGER,**
**DIANE HAGER,**
        **Plaintiffs,**

**-vs-**                              **Case No. 6:05-cv-1285-Orl-19DAB**

**AMERICAN NUMISMATIC**
**ASSOCIATION, HERITAGE CAPITAL**
**CORPORATION,**
**COLLECTORS UNIVERSE, INC.,**
**BARRY STUPPLER & CO., INC.,**
**NU GRADE, LLC,**
**PROFESSIONAL NUMISMATISTS**
**GUILD, INC.,**
        **Defendants.**
_____

## ORDER

This case is before the Court on Defendant American Numismatic Association's Amended Motion to Dismiss [Second Amended] Complaint (Doc. 18), Defendant Professional Numismatists Guild, Inc.'s Motion to Dismiss the Second Amended Complaint (Doc. 43), Defendant Barry Stuppler & Company, Inc.'s Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. 45), and Defendant Collectors Universe, Inc.'s Amended Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. 51). The United States Magistrate Judge has submitted a report recommending that these motions be granted in part.

After an independent *de novo* review of the record in this matter, and considering the responses filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed April 19, 2006 (Doc. 82) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Defendant American Numismatic Association's Amended Motion to Dismiss [Second Amended] Complaint (Doc. 18), Defendant Professional Numismatists Guild, Inc.'s Motion to Dismiss the Second Amended Complaint (Doc. 43), Defendant Barry Stuppler & Company, Inc.'s Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. 45), and Defendant Collectors Universe, Inc.'s Amended Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. 51) are all **GRANTED in part** as is fully set forth in the Report and Recommendation (Doc. 82).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of June, 2006.

Copies furnished to:

JOHN ANTOON II
United States District Judge

United States Magistrate Judge

Counsel of Record

Unrepresented Party