# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ASA ACCUGRADE, INC.,**
**ALAN HAGER,**
**DIANE HAGER,**

                  **Plaintiffs,**

**-vs-**                                                  **Case No. 6:05-cv-1285-Orl-19DAB**

**AMERICAN NUMISMATIC**
**ASSOCIATION, HERITAGE CAPITAL**
**CORPORATION,**
**COLLECTORS UNIVERSE, INC.,**
**BARRY STUPPLER & CO., INC.,**
**NU GRADE, LLC,**
**PROFESSIONAL NUMISMATISTS**
**GUILD, INC.,**

                  **Defendants.**

_____

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION OF DEFENDANT COLLECTORS TO COMPEL PLAINTIFFS TO PROVIDE COMPLETE ANSWERS TO INTERROGATORIES (Doc. No. 100-1)** |
| **FILED:** | July 17, 2006 |

**THEREON** it is **ORDERED** that the motion is **GRANTED to the extent not moot based on the agreement reached at the September 11, 2006 hearing**.

| | |
|---|---|
| **MOTION:** | **ANA'S MOTION TO COMPEL PLAINTIFFS' RESPONSE TO FIRST REQUEST FOR PRODUCTION (Doc. No. 101-1)** |
| **FILED:** | July 18, 2006 |

**THEREON** it is **ORDERED** that the motion is **GRANTED to the extent not moot based on the agreement reached at the September 11, 2006 hearing**.


| | |
|---|---|
| **MOTION:** | **ANA'S MOTION TO COMPEL PLAINTIFFS' RESPONSE TO SECOND REQUEST FOR PRODUCTION (Doc. No. 102-1)** |
| **FILED:** | **July 18, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED to the extent not moot based on the agreement reached at the September 11, 2006 hearing.**

| | |
|---|---|
| **MOTION:** | **MOTION OF DEFENDANT PROFESSIONAL NUMISMATISTS GUILD, INC. TO COMPEL PLAINTIFF ASA ACCUGRADE, INC. TO ANSWER INTERROGATORIES AND TO COMPEL ALL PLAINTIFFS TO RESPOND TO REQUEST FOR PRODUCTION (Doc. No. 120-1)** |
| **FILED:** | **August 8, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED to the extent not moot based on the agreement reached at the September 11, 2006 hearing.**

| | |
|---|---|
| **MOTION:** | **RENEWED MOTION OF DEFENDANT COLLECTORS TO COMPEL PLAINTIFFS TO PROVIDE COMPLETE ANSWERS TO INTERROGATORIES (Doc. No. 126-1)** |
| **FILED:** | **August 14, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED to the extent not moot based on the agreement reached at the September 11, 2006 hearing.**

| | |
|---|---|
| **MOTION:** | **MOTION TO STRIKE PLAINTIFFS' TRIAL EXPERT (Doc. No. 128)[1]** |
| **FILED:** | **August 22, 2006** |

**THEREON it is ORDERED that the motion is DENIED without prejudice. Plaintiffs have until September 20, 2006 to produce any evidentiary support for their damage claims including a proper expert report. If no sufficient report is produced, the expert's report will be stricken, and any evidence not produced made not be relied to support any claim of damages.**

---

[1] The other Defendants have joined in the Motion to Strike Plaintiffs' Trial Expert. *See* Doc. Nos. 137, 139, 140, 141, 142, 143.

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION TO EXTEND DEADLINE FOR SERVICE OF EXPERT REPORTS (Doc. No. 146)** |
| **FILED:** | **September 8, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**. The Defendants will have until November 1, 2006 to produce their expert reports.

| | |
|---|---|
| **MOTION:** | **DEFENDANT BARRY STUPPLER & COMPANY, INC.'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR SERVICE OF EXPERT DISCLOSURE (Doc. No. 148)** |
| **FILED:** | **September 8, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**. Defendant will have until November 1, 2006 to produce its expert report.

If Defendants remain dissatisfied with Plaintiffs' discovery responses after Plaintiffs' supplemental responses, they should move for sanctions or costs.

**DONE** and **ORDERED** in Orlando, Florida on September 11, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record