**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ASA ACCUGRADE, INC.,
ALAN HAGER,
DIANE HAGER,

          **Plaintiffs,**

-vs-                            Case No. 6:05-cv-1285-Orl-19DAB

AMERICAN NUMISMATIC
ASSOCIATION, HERITAGE CAPITAL
CORPORATION,
COLLECTORS UNIVERSE, INC.,
BARRY STUPPLER & CO., INC.,
NU GRADE, LLC,
PROFESSIONAL NUMISMATISTS
GUILD, INC.,

          **Defendants.**

_____

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S BOURSE SPACE CLAIMS, MOTION TO STRIKE (Doc. No. 98)** |
| **FILED:** | **July 14, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED as moot.**

| | |
|---|---|
| **MOTION:** | **RENEWED MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S BOURSE SPACE CLAIMS, MOTION TO STRIKE (Doc. No. 129)** |
| **FILED:** | **August 24, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

-2-

Any right that Defendant had to arbitration was waived because it was not raised for two years, until July 2006, though it was first sued in July 2004. Defendant has made no showing that its failure to raise a matter based on provisions set forth in its own standard forms could not have been asserted timely. In addition, Plaintiff's statements raising the bourse space issue (Doc. No. 116-1 at ¶ 14(c) are not an independent basis for relief, but a fact stated in support of Plaintiffs' allegations of conspiracy and tortious interference with business relationships.

**DONE** and **ORDERED** in Orlando, Florida on September 12, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record